# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  APPOINTMENT TO | : | No. 254 |
| | : | |
| APPELLATE COURT PROCEDURAL | : | APPELLATE COURT RULES DOCKET |
| | : | |
| RULES COMMITTEE | : | |

# O R D E R

**PER CURIAM:**

AND NOW, this 19th day of June, 2015, Robert M. Palumbos, Esquire, Philadelphia, is hereby appointed as a member of the Appellate Court Procedural Rules Committee for a term of three years commencing July 15, 2015.